EXHIBIT 2

| | |
|---|---|
| STATE OF NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE |
| | SUPERIOR COURT DIVISION |
| COUNTY OF BUNCOMBE | CASE NO.: 21-CVS-01155 |

FRANK & STEIN, LLC,

        Plaintiff,

v.

THE CINCINNATI INDEMNITY COMPANY,

        Defendant.

**NOTICE OF REMOVAL TO OPPOSING COUNSEL**

To: Spencer A. Smith
The Law Office of Spencer A Smith
PO Box 6
North Wilkesboro, NC 28659

J. Rodney Caudill, PLLC
The Law Office of J. Rodney Caudill, PLLC
PO Box 123
Wilkesboro, NC 28697

YOU ARE HEREBY NOTIFIED that the Defendant, The Cincinnati Indemnity Company ("Cincinnati"), has filed with the Office of the Clerk of the United States District Court, Western District, Asheville Division of North Carolina, its Notice of Removal of the above-styled case to the United States District Court, Western District, Asheville Division of North Carolina. A copy of said Notice is attached hereto, and the removal of said cause to the United States District Court, Western District, Asheville Division of North Carolina, has been effected hereby.

**[SIGNATURE PAGE TO FOLLOW]**

BUTLER WEIHMULLER KATZ CRAIG LLP

_____
T. Nicholas Goanos
NC Bar No.: 45656
Roman C. Harper
NC Bar No.: 53995
11605 North Community House Road, Suite 150
Charlotte, North Carolina 28277
PH: (704) 543-2321
FX: (704) 543-2324
E: tgoanos@butler.legal
E: mgerber@butler.legal
*Attorneys for Cincinnati*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of April 2021, I served a true and correct copy of the foregoing **NOTICE OF REMOVAL TO OPPOSING COUNSEL** by placing the same in a postage pre-paid envelope in the United States Mail to the following:

        Spencer A. Smith
        The Law Office of Spencer A Smith
        PO Box 6
        North Wilkesboro, NC 28659
        *Counsel for Plaintiff*

        J. Rodney Caudill, PLLC
        The Law Office of J. Rodney Caudill, PLLC
        PO Box 123
        Wilkesboro, NC 28697
        *Counsel for Plaintiff*

        _____
        Roman C. Harper